**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 27, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00410-CV

---

## DOV  AVNI  KAMINETZKY, Appellant

## V.

## DOSOHS I, LTD, Appellee

---

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 1997-40590**

---

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed March 31, 2014.  The clerk's record was filed September 4, 2014.  No reporter's record was taken. No brief has been filed.

On March 12, 2015, this court issued an order stating that unless appellant submitted a brief on or before April 10, 2015, the court would dismiss the appeal

for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellant did not respond.

On August 5, 2015, appellee filed a motion to dismiss for appellant's failure to file a brief. Appellant did not respond.

Accordingly, appellee's motion to dismiss is **GRANTED**. The appeal is ordered **DISMISSED**.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Brown.